UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOUGLAS LARSON,<br><br>Petitioner,<br><br>v.<br><br>P. COVELLO, et al.,<br><br>Respondents. | No. 2:21-cv-0235 WBS CKD P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 25, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 25, 2021 are adopted in full;
2. Petitioner's habeas petition is dismissed without prejudice for failure to exhaust state court remedies, without prejudice to plaintiff's right to file a separate action under 42 U.S.C. §1983, or any other applicable statute, upon payment of the requisite filing fee;
3. This case is closed; and
4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: July 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

lars0235.jo